**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**KHADKA BAHADUR KHADKA**            **CASE NO.  1:20-CV-01100 SEC P**
**#A2017148979**

**VERSUS**                          **JUDGE JOSEPH**

**WILLIAM P BARR ET AL**            **MAGISTRATE JUDGE PEREZ-MONTES**

## <u>MEMORANDUM ORDER</u>

On August 21, 2020, a petition for writ of habeas corpus was filed by the plaintiff.  On September 02, 2020, a memorandum order was issued by this court ordering the plaintiff within 30 days of the date of the order to pay the filing fee or submit an IFP application and to resubmit the complaint on an approved form.  Mover has failed to take the required action in accordance with the memorandum order.  Accordingly,

**IT IS ORDERED** that the petition for writ of habeas corpus submitted by the plaintiff on August 21, 2020, be, and hereby is, stricken from the record.

SIGNED on Wednesday, October 28, 2020.

Joseph H. L. Perez-Montes
United States Magistrate Judge